FILED BY MB D.C.
Sep 24, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NUMBER: 26-MJ-00088-BBG**

**UNITED STATES OF AMERICA**

**vs.**

**WINSTON SAMUEL BOGLE,**
**a/k/a "Mark Harris,"**

**Defendant.**
_______________________________/

**CRIMINAL COVER SHEET**

1. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? **No.**

2. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? **No.**

3. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? **No.**

4. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? **No.**

5. Did this matter involve the participation of or consultation with Magistrate Judge Brandy Brentari Galler during her tenure at the U.S. Attorney's Office, which concluded on July 30, 2026? **No.**

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: */s/ William C. Long*
WILLIAM C. LONG
Assistant United States Attorney
Florida Bar No. 0060012
101 S. U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: (772) 466-0899
Email: William.Long@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint AUSA William C. Long

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

FILED BY MB D.C.
Sep 24, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

United States of America
v.
WINSTON SAMUEL BOGLE,
a/k/a "Mark Harris,"

*Defendant(s)*

Case No. 26-MJ-00088-BBG

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 8, 2026 in the county of Martin in the Southern District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 8 U.S.C. § 1326(a), (b)(1), and (b)(2) | Previously Removed Alien Found in the United States |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

*Complainant's signature*

Angelo Zaravelis, Deportation Officer, ICE

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date:

*Judge's signature*

City and state: Fort Pierce, Florida

Brandy Brentari Galler, U.S. Magistrate Judge

*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Angelo Zaravelis, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), and have been employed in a similar capacity since 2007. I am currently assigned to Enforcement and Removal Operations ("ERO"), Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Winston Samuel BOGLE ("BOGLE"), also known as Mark Harris, committed the offense of being a previously removed alien found in the United States, in violation of Title 8, United States Code, Section 1326(a), (b)(1), and (b)(2).

3. The Florida Highway Patrol ("FHP") has partnered with ICE and is part of the 287(g) Program. The program delegates federal immigration enforcement authorities to state and local law enforcement agencies.

4. On or about September 8, 2026, ICE officers and FHP troopers were conducting enforcement activities on Interstate 95 ("I-95") in Martin County, FL. FHP conducted a stop on a vehicle due to an obscured license plate. During the stop, ICE officers responded to the scene. The driver, later identified as BOGLE, stated to the FHP trooper and to the ICE officers that he entered the United States approximately two months prior by airplane. BOGLE displayed a photo on his phone of his Jamaican passport which expired in 2021. ICE officers conducted record

checks and could find no record of lawful entry into the United States. Additional record checks revealed BOGLE is a previously-removed alien. ICE officers arrested BOGLE for violation of immigration law.

5. I reviewed documents from the immigration alien files belonging to Winston Samuel BOGLE. BOGLE was assigned alien file AXXX XXX 722, which show that he is a native and citizen of Jamaica. Records show that on or about December 14, 1986, BOGLE entered the United States lawfully as a permanent resident but was ordered deported from the United States on or about August 29, 1995. On June 12, 1996, BOGLE was deported from the United States to Jamaica.

6. Thereafter, BOGLE attempted to reenter the United States. On or about March 18, 1998, BOGLE arrived at John F. Kennedy International Airport in New York, NY and displayed a United Kingdom passport, representing himself to immigration officials as Dave Stewart, a citizen of the United Kingdom. After additional questioning, BOGLE relented, stating that he is actually Mark Harris, a citizen of Jamaica. BOGLE, utilizing this alias, was assigned a new alien number AXXX XXX 028. Records in alien file AXXX XXX 028 show that on or about March 18, 1998, BOGLE was ordered removed from the United States. On March 19, 1998, BOGLE was removed from the United States to Jamaica.

7. Law enforcement entered the fingerprints of BOGLE into the IDENT system, a biometric database maintained by the Department of Homeland Security. The results confirmed that BOGLE is the individual that was previously removed from the United States.

8. I performed a record check in the Computer Linked Application Informational Management System ("CLAIMS"), to determine if Winston Samuel BOGLE ever filed an application for permission to reapply for admission into the United States after deportation or

removal. A search in that database system verified that no records exist indicating that BOGLE obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security for re-admission into the United States as required by law.

9. On or about September 8, 2026, I interviewed BOGLE. Post-Miranda, BOGLE stated that he is a citizen of Jamaica, that he was previously removed from the United States, that he reentered the United States without being inspected, and that he did not request permission to reenter the United States.

10. On or about June 5, 1991, BOGLE was convicted upon a plea of guilty in Bronx County, New York for the offense of criminal possession of a weapon, in violation of New York Penal Law Section 265.02 subdivision 1, for which a 60-month term of supervision was imposed.

11. On or about July 6, 1994, BOGLE was convicted in Columbia County, New York for the offense of criminal sale of a controlled substance, in violation of New York Penal Law Section 220.39 subdivision 1, for which a 54-month term of imprisonment was imposed.

[INTENTIONALLY LEFT BLANK]

12. Based on the foregoing, I believe that there exists probable cause to believe that, on or about September 8, 2026, Winston Samuel BOGLE, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a), (b)(1), and (b)(2).

______________________________
Angelo Zaravelis
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me, by videoconference, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure, in Fort Pierce, Florida, this ____ day of September 2026.

______________________________
BRANDY BRENTARI GALLER
UNITED STATES MAGISTRATE JUDGE